

U.S. Department of Justice

United States Marshals Service
*Western District of Texas*

2011 MAY -4 PM 4: 26

*United States Courthouse*
*Room 305*
*El Paso, Texas 79901*

April 26, 2011

**MEMORANDUM TO:**    United States Attorney's Office
Attn: AUSA Jose Gonzalez

**FROM:**    Arturo Senclair, Investigative Research Specialist
W/TX - El Paso Division - Warrants Section

**SUBJECT:**    Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

**DEFENDANT:**    Randy M. Smith
**CASE #(S):**    EP-10-CR-1936-PRM (1)
**VIOLATION(S):**    Bond Revocation
**DATE OF ARREST:**    April 26, 2011
**INCARCERATED IN:**    El Paso Co Det Fac

(County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.**

*Detainer filed with_____ by the United States Marshals Service in_____. The United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc:    U.S. District Clerk/U.S. Magistrate
U.S. Probation
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)
Mexican Consulate